# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL P. TURCOTTE, | ) | |
| | ) | |
|     PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-cv-312-DBH |
| | ) | |
| PAUL R. LePAGE, STATE OF MAINE GOVERNOR, | ) ) | |
| | ) | |
|     DEFENDANT | ) | |


## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 30, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The plaintiff filed an objection to the Recommended Decision on December 19, 2011, and a supplemental objection on December 29, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary and that oral argument would not be helpful.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to dismiss is **GRANTED** and the Amended Complaint is **DISMISSED** as moot.

    SO ORDERED.

    DATED THIS 13TH DAY OF JANUARY, 2012

                                      /S/D. BROCK HORNBY
                                      **D. BROCK HORNBY**
                                      **UNITED STATES DISTRICT JUDGE**