## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **MICHAEL P. TURCOTTE,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 1:11-cv-312-DBH** |
| | ) | |
| **PAUL R. LePAGE, STATE OF MAINE GOVERNOR,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON AMENDED MOTION FOR RECONSIDERATION

The amended motion for reconsideration is **DENIED** for the reasons stated by the Magistrate Judge, whose reasoning I endorsed in adopting her Report and Recommended Decision on January 13, 2012.  Order Affirming Recommended Decision of the Magistrate Judge (Docket Item 17).  The redistricting process for the Congressional districts is now complete.  The full Maine Legislature drew the new boundary.  The plaintiff does not suggest that the newly drawn districts violate the "one person, one vote" constitutional mandate.  Reynolds v. Sims, 377 U.S. 533, 558 (1964) (quoting Gray v. Sanders, 372 U.S. 368, 381 (1963)).  If the plaintiff is aggrieved by the redistricting process following the next decennial census in 2020, he can file a suit at that time.

SO ORDERED.

DATED THIS 9TH DAY OF MARCH, 2012

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**